UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BANANERA EL ESFUERZO, S.A.,

                           Plaintiff,                  **24 Civ. No. 7067 (ER)**

        -against-                                **PRE-SETTLEMENT**
                                                          **CONFERENCE ORDER**

TRIDGE CO., LTD.,

                           Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Wednesday, October 15, 2025 at 11:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 933 119 118#.** Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference to be held in November 2025 except November 5, 10, 13, and 19.

      SO ORDERED.

DATED:     New York, New York
                September 8, 2025

                                                               _____
                                                               The Honorable Gary Stein
                                                               United States Magistrate Judge