UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BANANERA EL ESFUERZO, S.A.,

                Plaintiff,

      – *against* –

TRIDGE CO., LTD.,

              Defendant.

**ORDER**

24 Civ. 7067 (ER)

Ramos, D.J.:

      Bananera El Esfuerzo, S.A. ("Bananera") brought this action on September 18, 2024, against Tridge Co. Ltd. ("Tridge").  Doc. 1.  On November 7, 2025, Bananera requested leave to file a motion to amend the complaint.  Doc. 41.  The Court granted this request on November 10, 2025, and set for the following briefing schedule:  motion due November 17, 2025; opposition due December 16, 2025; and reply due December 30, 2025.  Doc. 42.  Pursuant to that schedule, Bananera filed a motion on November 17, 2025.  Doc. 42.  Tridge missed its December 16, 2025 deadline.  On February 12, 2026, Bananera wrote a letter to the Court, requesting that the Court grant their motion to amend the complaint, as Tridge had yet to file an opposition.

      Tridge is directed to file an opposition by February 24, 2026.  If  Tridge files an opposition, Bananera's deadline to reply will be March 10, 2026.  If Tridge fails to file an opposition by February 24, 2026, the Court will consider Bananera's motion to amend the complaint fully briefed.

It is SO ORDERED.

Dated:    February 17, 2026
          New York, New York

_____
EDGARDO RAMOS, U.S.D.J.