UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BANANERA EL ESFUERZO, S.A.,

      Plaintiff,

   *– against –*

TRIDGE CO., LTD.,

      Defendant.

**ORDER**

24 Civ. 7067 (ER)

Ramos, D.J.:

Bananera El Esfuerzo, S.A. ("Bananera") brought this action on September 18, 2024, against Tridge Co. Ltd. ("Tridge").  Doc. 1.

On October 14, 2025, Tridge's counsel filed a motion to withdraw as attorney.  Doc. 36.  On October 16, 2025, the Court granted the motion and directed Tridge's counsel to advise Tridge that new counsel should appear by November 17, 2025, and that failure to do so may result in an adverse action, including the entry of default judgment.  Doc. 39.  No new counsel for Tridge has entered an appearance in this action.

On November 7, 2025, Bananera requested leave to file a motion to amend the complaint.  Doc. 41.  The Court granted this request on November 10, 2025, and set the following briefing schedule:  motion due November 17, 2025; opposition due December 16, 2025; and reply due December 30, 2025.  Doc. 42.  Pursuant to that schedule, Bananera filed a motion on November 17, 2025.  Doc. 42.  Tridge failed to file a response by its December 16, 2025 deadline.  On February 12, 2026, Bananera wrote a letter to the Court, requesting that the Court grant their motion to amend the complaint.  On February 17, the Court directed Tridge to file their opposition by February 24, 2026.  Doc. 47.  On February 24, 2026, Tridge wrote the court and requested an extension of its opposition

deadline until March 24, 2026. *See* Doc. 48. The letter is signed by Seungho Kang, who is legal counsel for Tridge, though Kang has not made an appearance in the instant action. *Id.* The Court granted the extension request. *Id.* On March 24, 2026, Tridge filed a letter, again signed by Kang, and requested a further extension until April 24, 2026.[1] Doc. 51.

Bananera filed a letter opposing the extension and requesting that the Court grant its motion to amend and direct Tridge to retain counsel and respond to the amended complaint within 21 days of its filing. Doc. 50.

Tridge's extension request is denied. Further, as Bananera's motion to amend the complaint is unopposed, the motion is granted. The Court directs Bananera to file its amended complaint by April 6, 2026. The Court directs Tridge to respond to the amended complaint and to have new counsel appear in the instant action within 21 days of the filing of the amended complaint. A failure to do so may result in an adverse action against Tridge, including an entry of default.

It is SO ORDERED.

Dated:    March 30, 2026
          New York, New York

_____
EDGARDO RAMOS, U.S.D.J.

---

[1] Though this letter was docketed on March 26, 2026, Tridge emailed it to the Court on March 24, 2026.