UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BANANERA EL ESFUERZO, S.A.,

                    Plaintiff,

            – against –

TRIDGE CO., LTD.,

                    Defendant.

**ORDER**

24 Civ. 7067 (ER)

Ramos, D.J.:

Bananera El Esfuerzo, S.A. ("Bananera") brought this action on September 18, 2024, against Tridge Co. Ltd. ("Tridge").  Doc. 1.  On October 14, 2025, Tridge's counsel filed a motion to withdraw as attorney.  Doc. 36.  On October 16, 2025, the Court granted the motion and directed Tridge's counsel to advise Tridge that new counsel should appear by November 17, 2025, and that failure to do so may result in an adverse action, including the entry of default judgment.  Doc. 39.  No new counsel for Tridge has entered an appearance in this action.

On March 30, 2026, the Court issued an order granting Bananera leave to file an amended complaint and directing Tridge to have new counsel appear in the action within 21 days of the filing of the amended complaint.  Doc. 52.  Bananera filed a proposed clerk's certificate of default along with a supporting affirmation on April 22, 2026, Docs. 54–55; the clerk's certificate of default was issued on April 23, 2026,  Doc. 56; and Bananera filed a proposed order to show cause without emergency relief on May 29, 2026, Doc. 64.  On June 3, 2026, the Court entered an order to show cause for default judgment, directing Tridge to file any opposition papers by June 25, 2026, and setting an order to show cause hearing on July 9, 2026.  Doc. 66.

On June 25, 2026, Rick Kang[1], legal counsel for Tridge, emailed chambers with a letter motion requesting an extension of Tridge's deadline to oppose default judgment.[2] In the letter motion, Tridge requests that their deadline to oppose default judgment be extended from June 25, 2026 until August 21, 2026.  Tridge maintains that they have meritorious defenses to Bananera's claims; however, due to an "acute systemic liquidity crisis," they have been unable to obtain U.S. litigation counsel to date.  Tridge asserts that an extension until August 21, 2026, will give them enough time to secure corporate funding and counsel.  Later that day, Bananera filed a letter on the docket, opposing Tridge's request.  Doc. 69.  Bananera argues that Tridge's request is an affront to the Court's previous orders directing Tridge to find counsel and is a part of Tridge's "attempts to continually delay this action." *Id.*

Tridge's deadline to oppose the default judgment is extended by thirty days. Tridge is directed to file any opposition papers by July 27, 2026.  Further, the Order to Show Cause hearing currently scheduled for July 9, 2026, is adjourned until August 6, 2026, at 11:30 a.m.  The hearing will occur in Courtroom 619 of the United States Courthouse, 40 Foley Square, New York, New York.  **No further extensions will be granted.**

It is SO ORDERED.

Dated:    June 26, 2026
          New York, New York

_____
EDGARDO RAMOS, U.S.D.J.

---

[1] Though Kang sent the email to Chambers, the letter motion is signed by Hoshik Shin, the CEO of Tridge.

[2] In addition to the letter motion, Tridge sent two Korean tax documents:  a certificate of standard financial statements and a certificate of delinquency.