UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

BANANERA EL ESFUERZO, S.A.

Plaintiff,

v.

TRIDGE CO., LTD.

Defendant.

**Case No.: 1:24-cv-07067-ER**

**DEFAULT JUDGMENT AGAINST DEFENDANT TRIDGE CO., LTD.**

This action having been commenced on September 18, 2024, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on Defendant Tridge Co., Ltd. ("Defendant"), on November 19, 2024, in compliance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters;

Defendant having filed its answer to the Complaint on February 24, 2025;

Plaintiff filing its Amended Complaint on March 30, 2026; and

Defendant failing to retain counsel or respond to the Amended Complaint, and the time for answering the Amended Complaint having expired, it is

**ORDERED, ADJUDGED, AND DECREED**, that the plaintiff Bananera El Esfuerzo, S.A., have judgment against Defendant Tridge Co., Ltd. in the liquidated amount of $421,871.54, plus expenses, costs and disbursement of this action in the

amount of $4,904.90 for a total judgment amount of $426,776.44 with interest at 9% per annum from the date of this judgment.

Dated: New York, New York
August 28, 2026

Edgardo Ramos, U.S.D.J.



237402_3